## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Sarah Victoria Smith and<br>Jonathan Ray Smith | Case No.:22−50345−acs |
| Debtor(s) | Chapter: 13 |

## NOTICE OF REINSTATEMENT

You are hereby notified that an Order Reinstating the above case has been entered. The Court's original Order Reinstating is on file and available for review in the Clerk's Office.

Order Granting Motion To Reinstate Case (Related Doc # 76) Entered on 9/10/2025. (LH).

The Section 341 Meeting will be held at the previously scheduled date, time, and location unless otherwise notified by the Court.

**Motions pending prior to the dismissal of this case will only be considered upon the filing of a renewed motion.**

NOTE: If this case was dismissed for failure to pay the filing fee, the remaining balance must be paid by the date indicated above. Failure to do so will result in this case being dismissed again and no further Motion to Reinstate will be considered by the Court. Similarly, should other requirements be stated above, your case may be re−dismissed without further notice for failure to comply.

Dated: 9/10/25

| | FOR THE COURT |
|---|---|
| By: LH | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court

Western District of Kentucky

| | |
|---|---|
| In re: | Case No. 22-50345-acs |
| Sarah Victoria Smith | Chapter 13 |
| Jonathan Ray Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0644-5 | User: KYWBECFAd | Page 1 of 4 |
| Date Rcvd: Sep 10, 2025 | Form ID: 225 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sarah Victoria Smith, Jonathan Ray Smith, 300 Geraldine Drive, Paducah, KY 42003-8949 |
| cr | + | National Credit Union Administration Board as Liqu, 1775 Duke Street, Alexandria, VA 22314-6113 |
| 6974835 | + | City National Bank, 423 Ferry Street, Metropolis, IL 62960-1852 |
| 7033434 | + | NCUAB as Liquidating Agent of Paducah Teachers FCU, 4807 Spicewood Springs Road Ste 5100, Austin, TX 78759-8438 |
| 6974844 | + | Paducah Teachers Federal Credit Union, 500 South 25th Street, Ste. 100, Paducah, KY 42003-3811 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 10 2025 18:55:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7003153 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 10 2025 19:02:07 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 6974828 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 10 2025 18:57:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 6990713 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 10 2025 18:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 6974829 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 10 2025 18:58:00 | Barclays Bank / Old Navy, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 6974830 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 10 2025 18:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 6974831 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2025 19:13:24 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 6974832 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2025 19:01:15 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 6974833 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2025 19:13:24 | Capital One Bank / Walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 6990227 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2025 19:13:20 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 6996011 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2025 19:13:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 6974834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2025 19:13:18 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 6974836 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2025 18:58:00 | Comenity Bank / Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| 6974837 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2025 18:58:00 | | Comenity Capital/Acadmy, Po Box 182120, Columbus, OH 43218-2120 |
| 6974838 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2025 18:58:00 | | Comenity Capital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 6974839 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Sep 10 2025 19:13:31 | | Dpt Ed/Aidv, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 6974840 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Sep 10 2025 18:58:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 6974841 | + | Email/PDF: ais.chase.ebn@aisinfo.com Sep 10 2025 19:03:05 | | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 6987826 | + | Email/Text: RASEBN@raslg.com Sep 10 2025 18:57:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 6974842 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Sep 10 2025 19:13:26 | | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 6985639 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 10 2025 19:03:02 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 6974843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Sep 10 2025 19:13:19 | | Macys/Cbna, PO Box 8218, Mason, OH 45040-8218 |
| 6988364 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 10 2025 18:58:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 6990464 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2025 19:02:11 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 7055107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2025 19:02:07 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 6995771 | | Email/Text: bnc-quantum@quantum3group.com Sep 10 2025 18:58:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 6995805 | | Email/Text: bnc-quantum@quantum3group.com Sep 10 2025 18:58:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 6974845 | | Email/Text: bankruptcy@republicfinance.com Sep 10 2025 18:58:00 | | Republic Finance, 3201 Olivet Church Rd., Ste. B, Paducah, KY 42001 |
| 6975711 | | Email/Text: bankruptcy@republicfinance.com Sep 10 2025 18:58:00 | | Republic Finance, LLC, 282 Tower Rd., Ponchatoula, LA 70454 |
| 6985827 | | Email/Text: bankruptcy.accounts@wakeassoc.com Sep 10 2025 18:57:00 | | SOUTHEASTERN EMERGENCY PHYSICIANS, LLC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 6974846 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 10 2025 19:02:53 | | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 6974849 | | Email/PDF: ais.sync.ebn@aisinfo.com Sep 10 2025 19:01:15 | | SYNCB/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 6974850 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 10 2025 19:02:53 | | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 6974847 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 10 2025 19:02:57 | | Syncb/Amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 6974848 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 10 2025 19:13:26 | | Syncb/Ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 6974851 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 10 2025 19:13:26 | | Syncb/Vnmo, Po Box 965015, Orlando, FL 32896-5015 |
| 6975426 | + | Email/PDF: acg.acg.ebn@aisinfo.com Sep 10 2025 19:13:25 | | Synchrony Bank by AIS InfoSource, LP as agent, |

| District/off: 0644-5 | User: KYWBECFAd | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 225 | Total Noticed: 50 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 6998166 | + | Email/Text: bncmail@w-legal.com | Sep 10 2025 18:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 6974853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2025 19:13:32 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 6974852 | + | Email/Text: bncmail@w-legal.com | Sep 10 2025 18:58:00 | Target/Td, Po Box 673, Minneapolis, MN 55440-0673 |
| 7402790 | + | Email/Text: gocadle@cadleco.com | Sep 10 2025 18:58:00 | The Cadle Company, 100 North Center Street, Newton Falls, OH 44444-1380 |
| 6976573 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2025 18:58:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 7080040 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2025 18:58:00 | United States Department of Education, Nelnet, 121 S 13th St, Lincoln, NE 68508-1922 |
| 6974854 | + | Email/Text: LCI@upstart.com | Sep 10 2025 18:57:00 | Upsta/Finwse, 2 Circle Star Way 2nd Floor, San Carlos, CA 94070-6200 |
| 6974855 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2025 18:58:00 | Us Dept Of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6974827 | | Anticipated Def. Claims from ALL Prop. Surren |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | The Cadle Company, 100 North Center Street, Newton Falls, OH 44444-1380 |
| 6992083 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Patrice Collins | on behalf of Creditor National Credit Union Administration Board as Liquidating Agent of Paducah Teachers Federal Credit Union patricec@lawcc.us |

District/off: 0644-5 | User: KYWBECFAd | Page 4 of 4
Date Rcvd: Sep 10, 2025 | Form ID: 225 | Total Noticed: 50

| | |
|---|---|
| Todd A. Farmer | on behalf of Debtor Sarah Victoria Smith taf-bk@farmerwright.com 1980@notices.nextchapterbk.com,chapter7@farmerwright.com,rebecca@farmerwright.com, |
| U.S. Trustee | ustpregion08.lo.ecf@usdoj.gov |
| William W. Lawrence -13 | ECF@louchapter13.com ecf.bk.westky@gmail.com |

TOTAL: 4